[No. 20208–1–I. Division One. December 12, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TAURIAN BENJERMAN ALFORD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–8–02815–5, Jack A. Richey, J. Pro Tem.,

entered November 14, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, A.C.J., and Williams, J.